**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name __ROSENBALM   VINCENT   L.__
    (Last)        (First)        (Initial)

Prisoner Number __2069375__

Institutional Address __2100 NAPA VALLEJO HIGHWAY NAPA, CALIFORNIA 94558__

FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

__Vincent Rosenbalm__
(Enter the full name of plaintiff in this action.)

vs.

__Doctor Douglas Rosoff__
__(Sheriff) Thomas Allman__
__Ed Foulk__

(Enter the full name of the defendant(s) in this action)

Case No. __CV 08 3128 SI__
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

U.S.C. 28 1915(g)

E-filing (PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A.    Place of present confinement __NAPA State Hospital__

    B.    Is there a grievance procedure in this institution?
        YES (✓)    NO ( )

    C.    Did you present the facts in your complaint for review through the grievance procedure?
        YES ( )    NO (✓)

    D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. __Did not happen in this Institution__

COMPLAINT        - 1 -

1. Informal appeal JUDGES IN MENDOCINO COUNTY REFUSED ME THE OPPORTUNITY TO PUT ROSOFF ON THE STAND 12/21/06

2. First formal level STATE MEDICAL BOARD COMPLAINT ABOUT SPRING 2007

3. Second formal level (Appeal) FIRST DISTRICT COURT OF Appeal Prejudicial error ruling reviewed by SUPREME COURT 5/08

4. Third formal level SUPREME COURT OF CALIFORNIA Appeal PENDING (SPRING 2008)

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. Because this claim Did Not HAPPEN At NAPA State Hospital it happened IN MENDOCINO COUNTY

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

VINCENT ROSENBAUM
2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA 94558

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

DOCTOR ROSOFF - DOCTOR MENDOCINO MENTAL Health

COMPLAINT                              - 2 -

1  THOMAS ALLMAN-SHERIFF OF MENDOCINO COUNTY
2  ED FOULK- EXECUTIVE DIRECTOR OF
3  NAPA STATe Hospital
4
5  III.   Statement of Claim.
6         State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10 1) DoctOR ROSOFF WROte A REPORt FOR MENDOCINO
11 Superior COURt ON OR ABOUt 11/06/06 AND iN
12 THiS REPORt DoctoR ROSOFF committed
13 Perjury MULtiple times maybe as many
14 as 20-30 COUNtS to illegally imprison
15 me. (2) ONE SUCH COUNt is HE stAted I
16 WORKEO At WiNDSOR GOLF COURSE iN his
17 11/6/06 report, NOt true a lie!
18 3) I filed a complaint witH tHE
19 StAte MEDiCAL BOARD
20 4) DUE to tHREAtS BY UKiAH PoLice to
21 KiLL MY FAMiLY members I wisH
22 to file uNDer U.S.C. 28 1915(g)
23 IV.  Relief.
24       Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 RELEASE ME FROM ILLEGAL CUStoDY
27 HELP ME witH Victim/witness relocation
28 AND Retribution for DAMAGES

COMPLAINT                          - 3 -

1. RESTRAINING ORDER AGAINST MENDOCINO POLICE
2. HELP WITH RE-TRAINING (EDUCATION)
3. I ASK FOR A SUMMARY JUDGMENT OF
4. $5 MILLION DOLLARS FOR DAMAGES!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of __JUNE__, 20_08_

_Vincent Rose Italy_
(Plaintiff's signature)

COMPLAINT — 4 —