FILED

JUN 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SI

(PR)

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9
10    *VINCENT ROSENBALM* )
11                        Plaintiff, )
                                     )    **CASE NO.08        3128**
12    vs.                            )
                                     )    **PRISONER'S**
13    *DOCTOR DOUGLAS ROSOFF* )       **APPLICATION TO PROCEED**
      *(SHERIFF) THOMAS ALLMAN* )    **IN FORMA PAUPERIS**
14                        Defendant. )
      *ED FOULK* )                   $U. S. C. 28  1915(g)$
15

16        I, *VINCENT ROSENBALM* declare, under penalty of perjury that I am the

17    plaintiff in the above entitled case and that the information I offer throughout this application

18    is true and correct. I offer this application in support of my request to proceed without being

19    required to prepay the full amount of fees, costs or give security. I state that because of my

20    poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21    entitled to relief.

22        In support of this application, I provide the following information:

23    1.    Are you presently employed?  Yes ✓  No ____

24    If your answer is "yes," state both your gross and net salary or wages per month, and give the

25    name and address of your employer:

26    Gross: *Approx $20 week*   Net: *Approx $20 week*

27    Employer: *NAPA STATE HOSPITAL*

28    *2100 NAPA VALLEJO HIGHWAY NAPA, CA 94558*

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received. (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____

5    _____

6    _____

7    2.     Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9      a.    Business, Profession or              Yes __✓__ No ____

10         self employment

11      b.    Income from stocks, bonds,        Yes ___ No __✓__

12         or royalties?

13      c.    Rent payments?                  Yes ___ No __✓__

14      d.    Pensions, annuities, or            Yes ___ No ___

15         life insurance payments?

16      e.    Federal or State welfare payments,    Yes __✓__ No ___

17         Social Security or other govern-

18         ment source?

19    If the answer is "yes" to any of the above, describe each source of money and state the amount

20    received from each.

21    _125⁰⁰ month Hospital welfare_____

22    _3²⁵ Book sale  Author House PUBLISHERS_

23    3.     Are you married?                    Yes ___ No __✓__

24    Spouse's Full Name: _____

25    Spouse's Place of Employment: _____

26    Spouse's Monthly Salary, Wages or Income:

27    Gross $_____ Net $_____

28    4.    a.     List amount you contribute to your spouse's support:$ _____

ALL FINANCIALS EStimAtes

1   b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5   _____JDR (17)_____
6   _NONE At PRESENt DUE to ILLEGAL IM PRISON ment_
7   5.   Do you own or are you buying a home?        Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile? (2)           Yes ✓ No ___
10  Make _SUBARU_ Year _1992, 1983_ Model _LEGACY_
11  Is it financed? Yes ___ No ✓ If so, Total due: $ ∅
12  Monthly Payment: $ ∅
13  7.   Do you have a bank account? Yes ___ No ∅ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ✓ No ___ Amount: $ _15-20 cents_
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ✓ No ___
20  _PersONAL PROPerty EStimAted $15,000_
21  8.   What are your monthly expenses?
22  Rent: $ _____ Utilities: _____
23  Food: $ _____ Clothing: _____
24  Charge Accounts:

25  | Name of Account | Monthly Payment | Total Owed on This Acct. |
    | --- | --- | --- |
26  | _____ | $ _____ | $ _____ |
27  | _____ | $ _____ | $ _____ |
28  | _____ | $ _____ | $ _____ |

ALL FINANCIALS ESTIMATES

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

SCHOOL LOANS     Estimated    5-10,000.00
CREDIT CARD DEBTS     " "    5-10,000.00

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NOT SURE / Little Access copies
CAN'T AFFORD COPIES

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_6/1/08_                         _Vincent Rosenbalm_

DATE                              SIGNATURE OF APPLICANT

1

2                                             Case Number: _____

3

4

5

6

7

8                         **CERTIFICATE OF FUNDS**

9                                **IN**

10                     **PRISONER'S ACCOUNT**

11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account

13 statement showing transactions of _Vincent Rosenbalm_ for the last six months
[prisoner name]

14 _Napa State Hospital_ where (s)he is confined.
[name of institution]

15      I further certify that the average deposits each month to this prisoner's account for the

16 most recent 6-month period were $ _29.77_ and the average balance in the prisoner's

17 account each month for the most recent 6-month period was $ _0.00_ .

18

19 Dated: _4-4-08_            _Laura Harris, STO_
[Authorized officer of the institution]

20

21

22

23

24

25

26

27

28

- 5 -

1

2                              Case Number: _____

3

4

5

6

7

8                          **CERTIFICATE OF FUNDS**

9                                     **IN**

10                         **PRISONER'S ACCOUNT**

11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account

13  statement showing transactions of _____ for the last six months
                                              [prisoner name]
14  _____ where (s)he is confined.
              [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the

16  most recent 6-month period were $ _____ and the average balance in the prisoner's

17  account each month for the most recent 6-month period was $ _____.

18

19  Dated:_____              ___  _____
                                        [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

- 5 -

CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE
SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE
FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).

**4/4/2008**
**7:54:35AM**

**NAPA STATE HOSPITAL**
**TRUST ACCOUNT / CASHIERS' SYSTEM II**
Patient Ledger Report

Page 1 of 1

**2069375    ROSENBALM, VINCENT**

|    | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|----|-----------|---------|------|---------|-----------|---------|---------|
| 1 | 10/22/2007 | 13-154338 | Cash Disbursement | cashlist v-314 | $5.00 | | $0.00 |
| 2 | 10/24/2007 | 18-075321 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 3 | 10/29/2007 | 13-154384 | Cash Disbursement | cl v337 | $12.50 | | $0.00 |
| 4 | 11/23/2007 | 18-75407 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 5 | 11/26/2007 | 13-154581 | Cash Disbursement | Cashlist V-400 | $12.50 | | $0.00 |
| 6 | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 | | $3.25 | $3.25 |
| 7 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER | | $50.00 | $53.25 |
| 8 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 | | $20.00 |
| 9 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 | | $10.00 |
| 10 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 | | $0.00 |
| 11 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 12 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 | | $0.00 |
| 13 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 14 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 | | $0.00 |
| 15 | 03/20/2008 | 17-75749 | PP P/E 3/21/08 | PP P/E 3/21/08 | | $75.33 | $75.33 |
| 16 | 03/24/2008 | 13-155495 | Cash Disbursement | cl v728 | $12.50 | | $62.83 |
| 17 | 04/01/2008 | 13-155540 | Cash Disbursement | CL V750 | $45.00 | | $17.83 |

`AL WITHDRAWLS / DEPOSITS:                                    $165.75    $178.58

PROOF OF SERVICE          6/18/08

My name is Vincent Rosenbalm
and I am American citizen
over 18 years of age.
ON 6/18/08 I served within
1) (2) 42 U.S.C 1983 complaints
2) Financial Records
By placing a copy in the Napa
State Hospital mail
Addressed : Court Clerk
            U.S. DISTRICT COURT
            450 GOLDEN Gate Ave
            SAN FRANCISCO, CA 94102

**CV 08        3128**

From
    Vincent Rosenbalm
    2100 Napa Vallejo Highway
    Napa, CA 94558
Under the Penalty of Perjury
this is true and correct.
                    Vincent Rosenbalm

Vincent Rosenbalm
2100 Napa Vallejo Highway
Napa, CA 94558

? STAMPS
SARCEPTE die THEN
CUT OFF. 12 S E
RECD. 800 4/25

RECD. IN PRO SE
No STAMP = CUTOFF
No POST OFD. DATE

Legal Mail
COURt Clerk
U. S. District COURt
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102