**FILED**

JUL 25 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: _03-31285/_
(PR)

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Vincent Rosenbalm** for the last six months
[prisoner name]
**Napa State Hospital** where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **74.04** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **48.47**.

Dated: **7/14/08**

_____
[Authorized officer of the institution]

CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).

7/18/2008
9:40:46AM

NAPA STATE HOSPITAL
TRUST ACCOUNT / CASHIERS' SYSTEM II
Patient Ledger Report

Page 1 of 1

2069375     ROSENBALM, VINCENT

| | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 | | $3.25 | $3.25 |
| 2 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER | | $50.00 | $53.25 |
| 3 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 | | $20.00 |
| 4 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 | | $10.00 |
| 5 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 | | $0.00 |
| 6 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 7 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 | | $0.00 |
| 8 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 9 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 | | $0.00 |
| 10 | 03/20/2008 | 17-75749 | PP P/E 3/21/08 | PP P/E 3/21/08 | | $75.33 | $75.33 |
| 11 | 03/24/2008 | 13-155495 | Cash Disbursement | cl v728 | $12.50 | | $62.83 |
| 12 | 04/01/2008 | 13-155540 | Cash Disbursement | CL V750 | $45.00 | | $17.83 |
| 13 | 04/07/2008 | 13-155579 | Cash Disbursement | cl v765 | $17.83 | | $0.00 |
| 14 | 04/17/2008 | 17-75845 | PP P/E 4/18/08 | PP P/E 4/18/08 | | $39.30 | $39.30 |
| 15 | 04/22/2008 | 13-155712 | Misc Disbursement | COPY CARD | $20.00 | | $19.30 |
| 16 | 04/28/2008 | 13-155748 | Cash Disbursement | CL V-830 | $19.00 | | $0.30 |
| 17 | 05/01/2008 | 17-75890 | PP P/E 5/2/08 | PP P/E 5/2/08 | | $39.30 | $39.60 |
| 18 | 05/05/2008 | 13-155792 | Cash Disbursement | cASHLIST v-851 | $39.00 | | $0.60 |
| 19 | 06/05/2008 | 17-75989 | PP P/E 6/6/08 | PP P/E 6/6/08 | | $147.38 | $147.98 |
| 20 | 06/09/2008 | 13-156006 | Cash Disbursement | CL V946 | $40.00 | | $107.98 |
| 21 | 06/13/2008 | 13-156054 | Misc Disbursement | NSH-COPY CARD V965 | $15.00 | | $92.98 |
| 22 | 06/16/2008 | 13-156066 | Cash Disbursement | cl v966 | $20.00 | | $72.98 |
| 23 | 06/19/2008 | 17-76052 | PP P/E 6/20/08 | PP P/E 6/20/08 | | $49.13 | $122.11 |
| 24 | 06/30/2008 | 13-156175 | Cash Disbursement | Cashlist V-1010 | $27.98 | | $94.13 |
| 25 | 07/07/2008 | 13-156219 | Cash Disbursement | cl v13 | $20.00 | | $74.13 |
| 26 | 07/10/2008 | 17-76129 | PP P/E 7/11/08 | PP P/E 7/11/08 | | $68.78 | $142.91 |
| 27 | 07/11/2008 | 13-156250 | Misc Disbursement | NSH-COPY CTR V30 | $10.00 | | $132.91 |
| 28 | 07/14/2008 | 13-156254 | Cash Disbursement | cl v32 | $23.69 | | $109.22 |

TOTAL WITHDRAWLS / DEPOSITS:                                        $388.25     $497.47

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL FILED**

**JUN 2 7 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# E-filing

Dear Sir or Madam:

Your complaint has been filed as civil case number **CV 08 3128**

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

**SI**

**(PR)**

1. _____ you did not file an <u>In Forma Pauperis</u> Application.

2. _✓_ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

    _____ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

    _____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

    _____ You did not sign your <u>In Forma Pauperis</u> Application.

    _✓_ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison. ✦

    _✓_ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months. ✦

    _____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

ROSENBALM



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680