FILED
AUG 12 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08-3128 SI

8/8/08

TO COURT CLERK Frederick OHLRICH

I WENT to COURt last week AND THEY TOLD ME I WOULD BE TRANSFERRED to NAPA RIGHT AWAY, But HAVE SEt Here over 10 days. I AM NOT SURE WHEN OR HOW I WILL BE TRANSFERRED. MY TEMPORARY ADDRESS IS

VINCENT ROSENBALM
951 LOW GAP ROAD
UKIAH, CA 95482

I WILL Keep YOU NOTIFIED OF ANY CHANGES.

Vincent Rosenbalm



Inmate
Name (Print) KINCENT ROSENBAUM
A# 83912
Mendocino County Sheriff's Office
Corrections Division
951 Low Gap Road
Ukiah, CA. 95482

LEGAL MAIL
COURT CLERK
SUPREME COURT OF CALIFORNIA
EARL WARREN BUILDING
SAN FRANCISCO, CA 94102



