1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8   In Re.                              No. C 08-2333 SI (pr)
                                        No. C 08-3125 SI (pr)
9   VINCENT ROSENBALM,                  No. C 08-3126 SI (pr)
                                        No. C 08-3127 SI (pr)
10          Plaintiff.                  No. C 08-3128 SI (pr)
                                        No. C 08-3211 SI (pr)
11                                      No. C 08-3213 SI (pr)
                                        No. C 08-3214 SI (pr)
12  _____/

13                                      **ORDER OF DISMISSAL**

14          On July 15, 2008, the court denied pauper status for plaintiff and ordered him to pay the

15  full $350.00 filing fee for each of these actions by August 15, 2008 or each action would be

16  dismissed.  That deadline has passed but plaintiff never paid the filing fee for any of the actions.

17  Accordingly, each referenced action is dismissed because plaintiff failed to comply with the

18  order to pay the filing fee.  After the court denied pauper status for plaintiff, he submitted trust

19  account statements and certificates of funds in support of his in forma pauperis applications in

20  seven of the referenced cases (i.e., all except Case No.  C 08-2333).  The renewed in forma

21  pauperis applications in those seven cases are DISMISSED because the court already had denied

22  pauper status in those actions.  (Docket # 6 in Case Nos. 08-3125, 08-3126, 08-3127, 08-3128,

23  08-3211, 08-3213, and 08-3214 .)

24          The clerk shall close the file for each of the referenced cases.

25          IT IS SO ORDERED.

26  Dated: August 27, 2008                        _____
                                                  SUSAN ILLSTON
27                                                United States District Judge

28

United States District Court
For the Northern District of California